# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

JENNIFER BLODGETT
    Plaintiff,

V.   Civil Number 3:17cv0766(VAB)

22 SOUTH STREET OPERATIONS, LLC.
    Defendant.

## **JUDGMENT**

This matter having come on for consideration of the defendant's motion for summary judgment doc. #70, before the Honorable Victor A. Bolden, United States District Judge; and the Court having considered the full record of the case including applicable principles of law and granted the defendant's motion. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment enter in favor of the defendant, 22 South Street Operations, LLC. and the case is closed.

Dated at Bridgeport, Connecticut this 16th day of July, 2019.

    ROBIN D. TABORA, Clerk

    By:/s/ Jazmin Perez
    Jazmin Perez
    Deputy Clerk

EOD:   7/16/2019